JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OSIEL MARQUEZ, | ) | Case No. CV 11-8181-SJO (OP) |
| | ) | |
| | ) | J U D G M E N T |
| Petitioner, | ) | |
| v. | ) | |
| | ) | |
| B. M. CASH, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 16, 2013.

HONORABLE S. JAMES OTERO
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge